# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America                       Criminal # 09-801 (KSH)

   v.

Michael Emerson                              **ORDER**

The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of November, 2012

ORDERED that Lisa Mack, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

                                                         /s/ Katharine S. Hayden

                                                         KATHARINE S. HAYDEN
                                                         United States District Judge